■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ARISTEDES OTERO, Appellant. [722 NYS2d 875] —Judgment, Supreme Court, New York County (Martin Rettinger, J.), rendered December 2, 1999, convicting defendant, upon his plea of guilty, of attempted robbery in the second degree, and sentencing him, as a persistent violent felony offender, to a term of 12 years to life, unanimously affirmed.

The court properly exercised its discretion in denying defendant's motion to withdraw his guilty plea without ap-

pointing new counsel. Counsel's comments, at the court's invitation, in defense of his own performance did not create a conflict of interest affecting the adequacy of defendant's representation (*see, Cuyler v Sullivan*, 446 US 335, 348-350) because defendant's routine attorney-coercion claim was both facially meritless and negated by the plea allocution (*see, People v Jenkins*, 176 AD2d 597, *lv denied* 79 NY2d 858). In view of the meritless nature of the motion *ab initio*, counsel's statements could not have influenced the court's decision (*see, People v Hart*, 253 AD2d 667, *lv denied* 92 NY2d 1032; *compare, Guzman v Sabourin*, 124 F Supp 2d 828, 835-836). Concur— Nardelli, J. P., Mazzarelli, Ellerin, Saxe and Buckley, JJ.